158 A.3d 78

Dana YOUNG, Petitioner

v.

Greg SUROTCHAK, John Corbacio, John Kerestes
and Dorina Varner, Respondents

No. 321 MAL 2016

Supreme Court of Pennsylvania.

September 27, 2016

## ORDER

PER CURIAM

**AND NOW**, this 27th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.